UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| HARSHIT GHANGHAS,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF DESERT VIEW ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | Case No. 5:26-cv-00732-FWS-DSR<br><br>**ORDER ACCEPTING IN PART AND MODIFYING IN PART FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein and considered by the court.

"A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); *see also* Fed. R. Civ. P. 72(b)(3) (stating "[t]he district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to," and "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the

magistrate judge with instructions").  Proper objections require "specific written objections to the proposed findings and recommendations" of the magistrate judge.  Fed. R. Civ. P. 72(b)(2).  "A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1)(C); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise.").  Where no objection has been made, arguments challenging a finding are deemed waived.  *See* 28 U.S.C. § 636(b)(1)(C) ("Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court.").  Moreover, "[o]bjections to a R&R are not a vehicle to relitigate the same arguments carefully considered and rejected by the Magistrate Judge."  *Chith v. Haynes*, 2021 WL 4744596, at *1 (W.D. Wash. Oct. 12, 2021).

Having made a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections have been made, the court accepts in part and modifies in part the findings, conclusions and recommendations of the Magistrate Judge.  Accordingly, based on the foregoing, **IT IS ORDERED** that the Petition for Writ of Habeas Corpus is **GRANTED** on the following terms:

(1)  Respondents shall immediately release Petitioner HARSHIT GHANGHAS (A-Number 226-067-612) from custody, reinstate his release under the same conditions that were in place before his re-detention in November 2025, and return any personal property and documents at the time of his detention;

(2)  Respondents shall also provide Petitioner with a copy of this Order at or near the time of release;

(3)    Within three days of the date of this Order, Respondents shall file a Notice of Release with this court confirming Petitioner's release and return of his personal property and documents; and

(4)    Respondents shall not re-detain Petitioner absent compliance with the applicable law, including constitutional provisions, statutory law, and case law.

Dated:  June 18, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE