# J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

HARSHIT GHANGHAS,

              Petitioner,

              v.

WARDEN OF DESERT VIEW ANNEX DETENTION FACILITY, et al.,

              Respondents.

Case No. 5:26-cv-00732-FWS-DSR

**J U D G M E N T**

Pursuant to the Order Accepting in Part and Modifying in Part the Findings, Conclusions and Recommendations of the Magistrate Judge (the "Order"),

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted on the terms set forth in the Order, and that judgment is entered in favor of Petitioner HARSHIT GHANGHAS (A-Number 226-067-612) and against Respondents. The Order constitutes final disposition of the Petition by the Court.

Dated:  June 18, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE